UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, *on behalf of himself and all others similarly situated*,<br><br>                            Plaintiffs,<br><br>       -against-<br><br>NUTRIVO LLC,<br><br>                            Defendant. | 23-CV-6625 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The conference currently set for December 6, 2023, at 10:00 AM is hereby CANCELED. The deadline to answer remains December 27, 2023. The Court will enter a case management plan by separate order.

      SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge